UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

2008 JUN -5  P 4: 20

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff ) <br> ) <br> vs. ) <br> ) <br> Luis Fernando Ruiz-Ramirez, ) <br> et al. ) <br> Defendant(s) ) | CRIMINAL NO. 08mj8449 <br><br> ORDER <br><br> RELEASING MATERIAL WITNESS <br><br> Booking No. 06327298 <br> 885285 |

On order of the United States District/Magistrate Judge,   **PETER C. LEWIS**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / **Case Disposed** / Order of Court).

Wilberth May-Martin

DATED: 6/5/08

RECEIVED _____
                    DUSM

**PETER C. LEWIS**

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.   Clerk

by E. Flores
Deputy Clerk